AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Maine

U.S. DISTRICT COURT
BANGOR, MAINE
RECEIVED AND FILED

2014 MAY 22  A 10: 01

DEPUTY CLERK

| United States of America | ) |
|---|---|
| v. | ) |
|  | )  Case No. 1:11-cr-00179-JAW |
| WAYNE OSBORNE | ) |
| *Defendant* | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   WAYNE OSBORNE ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☑ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

VIOLATION(S) OF SUPERVISED RELEASE; 18:3606

A TRUE COPY
ATTEST:  Christa K. Berry, Clerk

By: _____
Deputy Clerk

Date:  05/22/2014

_____
*Issuing officer's signature*

City and state:  Bangor, Maine

Jennifer L. Gray, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*